1

2

3

4

5

6

7                       UNITED STATES DISTRICT COURT

8                     SOUTHERN DISTRICT OF CALIFORNIA

9

10    UNITED STATES OF AMERICA,                Case No.:  24-cr-1955-JO

11                              Plaintiff,
                                              **ORDER CONTINUING MOTION**
12    v.                                      **HEARING/TRIAL SETTING AND**
                                              **DECLARING CASE COMPLEX**
13    AMANDA COLBY HUNGERFORD,

14                              Defendant.

15

16         On December 9, 2024, the parties filed a Joint Motion to Continue the Motion

17    Hearing/Trial Setting currently set for December 13, 2024 to January 31, 2025.  For good

18    cause appearing, the Court GRANTS the joint motion to continue [Dkt. 20] and sets the

19    Motion Hearing/Trial Setting on January 31, 2025 at 1:30 p.m.

20         For the reasons set forth in the joint motion, the Court finds that the ends of justice

21    will be served by granting the requested continuance, and these outweigh the interests of

22    the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this

23    continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

24         Additionally, based on the reasons stated in the parties' joint motion and after

25    considering the factors in 18 U.S.C. § 3161(h)(7)(B)(ii), the Court GRANTS the parties'

26    joint motion to declare this case complex. *United States v. McCarns*, 900 F.3d 1141, 1144

27    n.4. (9th Cir. 2018) ("Section 3161(h)(7)(B)(ii) instructs a district court to consider

28    '[w]hether the case is so unusual or so complex, due to the number of defendants, the nature

1  of the prosecution, or the existence of novel questions of fact or law, that it is unreasonable

2  to expect adequate preparation for pretrial proceedings or for the trial itself within the time

3  limits established by this section.'"). Accordingly, the Court finds that time from December

4  13, 2024 to January 31, 2025 shall be excluded under the Speedy Trial Act.

5       IT IS SO ORDERED.

6  Dated:   12/10/2024        _____

7                             Hon. Jinsook Ohta
                              UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28